**Opinion issued August 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

**NO. 01-24-00939-CV**

————————————————

**BRIAN SCHULZ, Appellant**

**V.**

**PROGRESSIVE INSURANCE, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-55148**

**MEMORANDUM OPINION**

Appellant Brian Schulz has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

We dismiss the appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 42.3(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.